## LANDRUM v. STATE.
### No. 20042.

Court of Criminal Appeals of Texas.

Dec. 21, 1938.

Gray & Pope, of Tyler, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

634

KRUEGER, Judge.

Conviction is for chicken theft; punishment is asesssed at a fine of $50.

The record is before us without a statement of facts or bills of exceptions. The indictment is sufficient to charge the offense and all procedural matters seem to be in due order.

The judgment is accordingly affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.